

Phone: 718-301-4593
Fax: 718-247-9391
http://www.LondonIndusi.com

Joseph Indusi, Esq.
Partner

Cary London, Esq.
Partner

September 1, 2015

Hon. James Orenstein, U.S. Magistrate
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
<u>via ECF</u>

      Re:    <u>Hilaire v. Mims et. al., Docket # 15-cv-748</u>
             <u>Letter Motion for Extension of Time to Amend/Join</u>

Your Honor:

    I am the attorney for the plaintiff, Ebony Hilaire. I write to request an extension of time to Amend/Join additional parties to October 1, 2015. I have conferred with Mr. Kuruvilla, the attorney for the City and Mr. Kuruvilla consents to this request.

    The extension is requested for the following reason: 1) I have not yet received responses to my demands for discovery and interrogatories and wish to have the opportunity to review the paper discovery and interrogatory responses before amending, and 2) the case is still in the early stages and will not cause any unnecessary delay.

    Thank you for your consideration in this matter.

                                    Respectfully submitted,

                                    /s/ Joseph Indusi, Esq.
                              *Joseph Indusi, Esq.*
                              Attorney for Ms. Hilaire
                              London Indusi LLP
                              186 Joralemon Street, Suite 1202
                              Brooklyn, NY 11201
                              (718) 301-4593 – Phone

186 Joralemon Street    111 John Street    330 Willis Avenue    400 Townline Road
Suite 1202    Suite 640    Suite 1000    Suite 170
Brooklyn, NY 11201    New York, NY 10038    Roslyn Heights, NY 11577    Hauppauge, NY 11788

Hon. James Orenstein
September 1, 2015
Page 2

(718) 247-9391 – Fax
Joe@LondonIndusi.com

CC: *Ben Kuruvilla, Esq.*
Attorney for Defendant
Corporation Counsel of the City of New York
100 Church Street, 3rd Floor
New York, NY 10007
<u>*Via ECF*</u>